IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACK JACOBS,<br>    Plaintiff,<br><br>          v.<br><br>ALEJANDRO MAYORKAS, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY,<br>    Defendant. | CIVIL ACTION<br><br>NO. 21-0165 |

**O R D E R**

**AND NOW**, this 18th day of May, 2021, upon consideration of Defendant's Motion to Dismiss (Partial) the Amended Complaint (ECF 18), Plaintiff's response thereto (ECF 20), and Defendant's reply (ECF 21), **IT IS HEREBY ORDERED** that the Motion is **GRANTED.**

BY THE COURT:

/s/Wendy Beetlestone, J.

**WENDY BEETLESTONE, J.**