IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACK JACOBS,<br>　　　　　Plaintiff,<br><br>　　　v.<br><br>ALEJANDRO MAYORKAS,<br>SECRETARY, U.S. DEPARTMENT<br>OF HOMELAND SECURITY,<br>　　　　　Defendant. | CIVIL ACTION<br><br><br><br>NO.  21-0165 |

**O R D E R**

**AND NOW**, this 1st day of September, 2021, upon consideration of Defendant's Motion for Summary Judgment (ECF 26), Plaintiff's response thereto (ECF 27), and Defendant's reply (ECF 28), **IT IS HEREBY ORDERED** that the Motion is **GRANTED** and Plaintiff's claim is **DISMISSED.** The clerk of the court shall mark this case as **CLOSED.**

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　/s/ Wendy Beetlestone, J.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**