IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JACK JACOBS, | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| vs. | : | NO. 21-165 |
| | : | |
| ALEJANDRO MAYORKAS, Secretary, | : | |
| U.S. Department of Homeland Security, | : | |
| Defendant | : | |

## JUDGMENT

**AND NOW**, this 28th day of February, 2022, judgment is hereby entered in favor of Defendant Alejandro Mayorkas, Secretary, U.S. Department of Homeland Security, and against Plaintiff Jack Jacobs, in the amount of $817.60.

KATE BARKMAN
Clerk of Court

By:   */s/ Sharon A. Hall-Moore*
Deputy Clerk